**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 527 EAL 2021

           Respondent          :

                               :   Petition for Allowance of Appeal

                               :   from the Order of the Superior Court

           v.                   :

                               :

JAMES POWELL,                 :

           Petitioner          :

## ORDER

**PER CURIAM**

       **AND NOW**, this 15th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.